United States District Court
Southern District of Texas
**ENTERED**
January 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Criminal No. 4:17-516-3 |
| DARYL CARLTON ANDERSON | § § | |

### ORDER FOR PSI, DISCLOSURE DATE, AND SETTING SENTENCING

The defendant having been found guilty as to count _1_, it is ORDERED that a presentence report be prepared and that:

1. By _February 15 2018_, the initial presentence report will be disclosed to counsel. (Approximately 35 days after determination of guilt.)

2. By _March 1, 2018_, counsel shall file either:
   (14 days after disclosure date)

   a. Objections in writing to the facts of the offense and application of the sentencing guidelines; or

   b. A statement signed by counsel for the government and defense as well as the defendant, if there is no objection;

3. By _March 15, 2018_, the probation officer shall submit to the judge the final presentence report with an addendum addressing any unresolved issues.
   (14 days after time for objections)

4. Sentencing is set for _March 29, 2018_, at _10:30_ A.M.
   (10 days after objections date, but no sooner than 35 days from initial disclosure date)

5. Counsel must immediately notify the U. S. Probation Office to request to be present at interviews conducted by the probation officer, followed by written notice to the probation office within 5 days.

6. The defendant shall comply with instructions on the reverse side of this order.

Signed and entered this ___11th___ day of __January__ 2017.

Keith P. Ellison
United States District Judge

cc: U.S. Probation
    AUSA _____
    Defense Counsel_____
    Defendant: **In Custody**